FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, *Consolidated Cases* | Cause No. AC 17-0694<br><br>ORDER CREATING QUALIFIED SETTLEMENT FUND TRUST |

To effectuate the terms of a Settlement Agreement between the Receiver for the "Robinson Companies" (Robinson Insulation Company and Grogan Robinson Lumber Company) and the Robinson Companies' Insurers, the Receiver, with the concurrence of the Insurers and counsel for Libby asbestos Plaintiffs, has moved the Court to order the creation of a Trust and the transfer to the Trust of rights and duties with respect to the proceeds of the Settlement Agreement.

Upon consideration of the motion, and the supporting rationale and evidence, the Court finds and concludes as follows:

1. By a contemporaneous Order, this Court has approved a Settlement Agreement which concludes, for settling insurers, *inter alia*, all indemnity and defense duties in relation to claims against the Robinson Companies under the settling insurers' policies.

2. The settled insurance and the proceeds of the settlement are assets of the receivership estates only with respect to the corresponding claims against the estates.

3. The Settlement Agreement requires that the settlement amount be paid to a Qualified Settlement Fund Trust.

4. Payment to a Qualified Settlement Fund Trust for purposes of resolving corresponding claims against the Robinson Companies is necessary to the administration of the Receivership Trust Estate.

Exhibit H001

5. The terms of the Trust document, Exhibit 1, are fair and reasonable, and reserve to this Court control over distribution mechanisms and procedures therefore.

WHEREFORE, it is HEREBY ORDERED:

1. A Trust is hereby created to receive, hold, and manage proceeds of the Settlement Agreement until such time as this Court should authorize a plan of distribution.

2. The terms of the Trust shall be as set forth in the attached Exhibit 1, and shall have the same effect as if recited in this Order.

3. The Receiver is authorized and directed to execute the Trust document, Exhibit 1.

4. All of the Receiver's rights and duties with respect to the subject of the Trust are hereby transferred to and assumed by the Trust, upon this Court's appointment of a trustee for the Trust, and once a Trustee is appointed the Receiver is hereby relieved of any responsibility with respect to the subject of the Trust, except that the Receiver may continue to work with counsel for Libby Plaintiffs to develop a proposal for distribution procedures and appropriate steps to accomplish the purposes of the Settlement Agreement and fair administration of the settlement proceeds.

5. Until this Court approves a distribution plan, no funds of the Trust may be used or distributed except for the administrative expenses of the Trust and compensation for the Trustee.